# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SCHWAB, | No. 2:19-cv-02065-BJR |
| Plaintiff, | Hon. Barbara J. Rothstein |
| vs. | **ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, and RUSHMORE LOAN MANAGEMENT SERVICES LLC, | |
| Defendants. | |

This matter to extend the time for Defendant Wells Fargo Bank, National Association to respond to Plaintiff's Complaint came before the Court by stipulation between the parties, and the Court having considered the Stipulation, its files and records herein, and being fully advised,

/ / /

/ / /

/ / /

/ / /

/ / /

07685.2316/15194447.1

ORDER TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT CASE NO. 2:19-CV-02065-BJR
PAGE 1

SEVERSON & WERSON
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
(949) 442-7110

1    **IT IS HEREBY ORDERED** that the time for Defendant Wells Fargo Bank, National Association to answer, move, or otherwise respond to the Complaint in this action is extended to and including February 20, 2020.

Dated this 15th day of January, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

PRESENTED BY:

SEVERSON & WERSON
A Professional Corporation

By: *s/ Charles T. Meyer*
Charles T. Meyer, WSBA No. 39754
ctm@severson.com
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Phone: 949-442-7110
Attorneys for Defendant
Wells Fargo Bank, N.A.

07685.2316/15194447.1

ORDER TO EXTEND TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT CASE NO. 2:19-CV-02065-BJR
PAGE 2

SEVERSON & WERSON
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
(949) 442-7110